IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| STEVEN ROSS and CHRISTINE ROSS, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) Case Number CIV-13-758-C |
| | ) |
| PUBLIC STORAGE, | ) |
| | ) |
| Defendant. | ) |

## J U D G M E N T

Upon consideration of the pleadings herein, the Court finds that Defendant's Motion for Summary Judgment should be granted, and judgment is therefore entered on behalf of Defendant and against Plaintiffs.

DATED this 27th day of March, 2014.

*[signature]*
ROBIN J. CAUTHRON
United States District Judge